DIANA ZALESKI

2004 JAN 28 AM 11:57

SUMMIT COUNTY
CLERK OF COURTS

CC LAWS
25369

COMMON PLEAS COURT

SUMMIT COUNTY, OHIO

THOMAS HUGHES
3043 Cliffside Dr.
Akron, Ohio 44321
    Plaintiff

v

GREGORY SPEARS
1011 Clearview Dr.
Akron, Ohio 44314
    Defendant

CASE NO. 2004-01-0541

JUDGE:

COMPLAINT FOR MONEY
DAMAGES: OTHER TORT;
DEFAMATION; JURY DEMAND

1. In Feb., 2003, defendant defamed the plaintiff to his employer and other employees by libeling and slandering plaintiff.

2. Defendant's actions were willful and malicious.

3. Defendant's actions caused plaintiff damages.

WHEREFORE, plaintiff requests judgment against defendant in an amount greater than $25,000 compensatory damages, greater than $25,000 punitive damages, plus interest, costs and attorney fees.



GOVERNMENT
EXHIBIT
A

JURY DEMAND

Plaintiff demands a jury trial of all issues in the case.

Atty. W. Love II
Plaintiff's Counsel
739 W. Rextur Dr.
Akron, Ohio 44319
0000141

**COPY**

COURT OF COMMON PLEAS, SUMMIT COUNTY, OHIO

HUGHES, THOMAS
3043 CLIFFSIDE DR.
AKRON, OH 44321

Plaintiff                Case No.    CV-2004-01-0541

vs                       **SUMMONS**

SPEARS, GREGORY
1011 CLEARVIEW DR.
AKRON, OH 44314

FEB 02 2004

DATE _____ SUMMONS ISSUED WITH _____1_____
COPIES OF _____ Compl. _____
Defendant                BY _____ Cert. Mail

**To the following named defendants:**

SPEARS, GREGORY
1011 CLEARVIEW DR.
AKRON, OH 44314

You have been named defendant(s) in a complaint filed in Summit County Court Of Common Pleas, Summit County Court House, Akron Ohio 44308, by :

HUGHES, THOMAS
3043 CLIFFSIDE DR.
AKRON, OH 44321

Plaintiff(s). A copy of the complaint is attached hereto. The name and address of the plaintiff's attorney is:

WILLIAM E.. LOVE,
739 W. REXTUR DR.
AKRON, OH 44319

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint within twenty-eight days after service of this summons on you, exclusive of day of service. Your answer must be filed with the Court within three days after the service of a copy of the answer on the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record.

If you fail to appear and defend, judgment by default may be rendered against you for the relief demanded in the complaint.

**Certified Article Number**

7160 3901 9848 1933 8114

**SENDERS RECORD**

Diana Zaleski
Clerk, Court Of Common Pleas
Summit County, Ohio

January 29, 2004        By: _____ VMC _____ Deputy Clerk